UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CYNTHIA A. EMMS,

                    Plaintiff,

        v.                                              3:05-CV-660 (LEK/ RFT)


COMMISSIONER OF SOCIAL
SECURITY, Michael J. Astrue,[1]

                    Defendant.

_____


## DECISION AND ORDER

        This matter comes before the Court following a Report-Recommendation filed on March 18,

2009 by the Honorable Randolph F. Treece, United States Magistrate Judge, pursuant to 28 U.S.C. §

636(b) and L.R. 72.3(d) of the Northern District of New York.  Report-Rec. (Dkt. No. 9).  After ten

days from the service thereof, the Clerk has sent the entire file to the undersigned, including the

objections by Plaintiff Cynthia A. Emms, which were filed on April 1, 2009.  Objections (Dkt. No.

10).

        It is the duty of this Court to "make a de novo determination of those portions of the report

or specified proposed findings or recommendations to which objection is made." 28 U.S.C. §

636(b).  "A [district] judge . . . may accept, reject, or modify, in whole or in part, the findings or

recommendations made by the magistrate judge." Id.  This Court has considered the objections and

has undertaken a de novo review of the record and has determined that the Report-Recommendation

_____

        [1] Michael J. Astrue became Commissioner of Social Security on February 12, 2007.
Pursuant to Federal Rule of Civil Procedure 25(d), Michael J. Astrue is substituted as the Defendant
in this action for Jo Anne B. Barnhart.

                                              1

should be approved for the reasons stated therein.

Accordingly, it is hereby

**ORDERED**, that the Report-Recommendation (Dkt. No. 9) is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

**ORDERED**, that the Commissioner's decision denying disability benefits is **AFFIRMED**; and it is further

**ORDERED**, that Plaintiff's Complaint (Dkt. No. 1) is **DISMISSED**; and it is further

**ORDERED**, that the Clerk serve a copy of this Order on all parties.

**IT IS SO ORDERED**.

DATED:      April 13, 2009
            Albany, New York

Lawrence E. Kahn
U.S. District Judge